JOHN B. SMITH, Respondent, *v.* EDWARD F. HUTTON et al., as Copartners under the Firm Name of E. F. HUTTON & COMPANY, Appellants.

*Smith* v. *Hutton*, 138 App. Div. 859, affirmed.
(Argued October 26, 1911; decided November 21, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 14, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover damages alleged to have been sustained by plaintiff through the failure of defendant stockbrokers to execute his order to sell certain stock.

*William F. S. Hart* and *Millard F. Tompkins* for appellants.

*Lewis H. Freedman* and *Albert Stickney* for respondent.

Judgment affirmed, with costs, on opinion of MILLER, J., below.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, CHASE and COLLIN, JJ. Dissenting on opinion of INGRAHAM, P. J., below: GRAY, J.